JOHN R. KROGER
Attorney General
MARC ABRAMS #89014
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: marc.abrams@doj.state.or.us

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MONICA EMELDI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF OREGON, an Agency and Instrumentality of the State of Oregon,<br><br>　　　　Defendant. | Case No. 6:08-cv-06346 HO<br><br>**AFFIDAVIT OF MARC ABRAMS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

STATE OF OREGON　　)
　　　　　　　　　　　) ss.
County of Marion　　　)

　　I, Marc Abrams, being duly sworn, depose and state:

　　1.　　I am a Senior Assistant Attorney General in the Trial Division of the State of Oregon Department of Justice, and am counsel of record for the University of Oregon.

Page 1 -　AFFIDAVIT OF MARC ABRAMS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
　　　　MA/jlb/1713759-v1

2.  Attached to this affidavit as Exhibit "A" are true and correct copies of excerpts of the deposition of Monica Emeldi, taken January 19 and February 11, 2010, and exhibits used therein.

DATED this 23rd day of February, 2010.

_____
MARC ABRAMS
Senior Assistant Attorney General

SUBSCRIBED AND SWORN to before me this 23rd day of February, 2010.

OFFICIAL SEAL
JEANNIE L. BASINGER
NOTARY PUBLIC-OREGON
COMMISSION NO. A435577
MY COMMISSION EXPIRES JAN. 11, 2013

_____
Notary Public for Oregon
My Commission Expires: 1-11-13

Page 2 -   AFFIDAVIT OF MARC ABRAMS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
MA/jlb/1713759-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

# CERTIFICATE OF SERVICE

I certify that on February 23, 2010, I served the foregoing AFFIDAVIT OF MARC ABRAMS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| David C. Force<br>96 E Broadway Ste 2<br>PO Box 10972<br>Eugene OR  97440<br>    Of Attorneys for Plaintiff | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) **541 686-1594**<br>_✓_ E-MAIL   forcelaw@aol.com;<br>            forcelawgm@aol.com<br>✓ E-FILE |

MARC ABRAMS #89014
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4793
marc.abrams@doj.state.or.us
Of Attorneys for Defendant

Page 1 -   CERTIFICATE OF SERVICE
           MA/cjw/1099934-v1