JOHN R. KROGER
Attorney General
MARC ABRAMS #89014
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4793
Email: marc.abrams@doj.state.or.us

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MONICA EMELDI,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF OREGON, an Agency and Instrumentality of the State of Oregon,<br><br>Defendant. | Case No. 6:08-6346-HO<br><br>**AFFIDAVIT OF ROBERT HORNER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

STATE OF OREGON   )
                 ) ss.
County of Lane   )

I, Robert Horner, being duly sworn, depose and state:

1. I am the Alumni-Knight Professor of Special Education at the College of Education of the University of Oregon. I received my B.A. from Stanford University in 1971, my M.S. from Washington State University in 1975, and my Ph.D. from the University of Oregon in 1978.

Page 1 - AFFIDAVIT OF ROBERT HORNER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
MA/cjw/1713759-v1

2.  When Dr. Edward Kame'enui took a leave of absence from the University in 2005, I agreed to become Monica Emeldi's doctoral program chair. For some time, Ms. Emeldi made satisfactory progress towards her degree. Her doctoral program was accepted by her doctoral program committee, and she completed the concept paper and requirements necessary for advancement to candidacy. At this point Ms. Emeldi asked me to also serve as the chair of her dissertation committee. Ms. Emeldi developed a dissertation proposal but was dissatisfied with my critiques about the scope and substance of her proposal. In my judgment Ms. Emeldi's dissertation proposal was insufficiently developed to allow presentation to a dissertation committee. The conceptual foundation was not established, and her methodology would not have met the standards for a doctoral dissertation. I pointed these and other issues out to her in a memo I wrote to her on September 7, 2009, which is Emeldi dep. Exh. 25. I informed her that she was not yet ready to call her dissertation committee together because her proposal was not yet functional.

3.  Ms. Emeldi did not respond well to this. In fact, she resisted my suggestions, and went to University administration complaining that I was an obstacle to her progress. She also cancelled a meeting with me on November 19, 2007 scheduled to discuss her dissertation. I then received a memo from Ms. Emeldi informing me that she perceived me as a barrier to her professional development. I therefore resigned as the chair of her dissertation committee, but offered to continue as chair of her doctoral program committee unless she wished to select an alternative. I understand that there is concern that I advocated converting Ms. Emeldi's program goal from a Ph.D. to an Ed.D. I have no recollection of this recommendation, have performed no actions related to such a recommendation, and the program goal for a student is established through an active request from the student, not the program chair.

4.  I understand that, in April 2007, Ms. Emeldi was the scribe for a group of graduate students who submitted a short memo on issues they saw in the College of Education to Dean Michael Bullis. I did not know about that memorandum at the time. I did not know about

Page 2 - AFFIDAVIT OF ROBERT HORNER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
MA/cjw/1713759-v1

it when I resigned as Ms. Emeldi's dissertation chair. I learned of the existence of this memo in a telephone conversation with Dean Bullis and only in the course of becoming familiar with this litigation, learned about the content of the document, which is Emeldi dep. Exh. 18. I have never considered this document with regard to any action I have taken regarding Ms. Emeldi.

5. After I resigned as chair of Ms. Emeldi's doctoral committee, I continued to extend to Ms. Emeldi an invitation to participate in a workgroup for the paper "School-wide Social Behavioral Climate, Student Problem Behavior, and Related Administrative Decisions: Empiracal Patterns from 1,510 Schools Nationwide." This article is to be published shortly by the *Journal of Positive Behavior Support*. It will list as authors Scott A. Spaulding, Larry K. Irvin, Robert H. Horner, Seth L. May, Monica Emeldi, and Tary J. Tobin of the University of Oregon, and George Sugai, of the University of Connecticut.

DATED this 18th day of February, 2010.

Robert H. Horner, Ph.D.
Professor, University of Oregon

SUBSCRIBED AND SWORN to before me this 18 day of February, 2010.



Notary Public for Oregon
My Commission Expires: Dec 10, 2011

Page 3 - AFFIDAVIT OF ROBERT HORNER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
MA/cjw/1713759-v1

## CERTIFICATE OF SERVICE

I certify that on February 23, 2010, I served the foregoing AFFIDAVIT OF ROBERT HORNER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT upon the parties hereto by the method indicated below, and addressed to the following:

David C. Force
96 E Broadway Ste 2
PO Box 10972
Eugene OR  97440
    Of Attorneys for Plaintiff

___ HAND DELIVERY
___ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX) **541 686-1594**
___ E-MAIL   **forcelaw@aol.com;**
             **forcelawgm@aol.com**
✓ E-FILE

*[signature]*
MARC ABRAMS #89014
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4793
marc.abrams@doj.state.or.us
Of Attorneys for Defendant

Page 1 -   CERTIFICATE OF SERVICE
           MA/cjw/1099934-v1