David C. Force, 82258
340 E. 11th Avenue
P.O. Box 10972
Eugene, OR  97440
Telephone: (541) 343-2956
Fax: (541) 686-1594
Email:      forcelaw@aol.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MONICA EMELDI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF OREGON, an Agency and Instrumentality of the State of Oregon,<br><br>　　　　Defendant. | Case No. 6:08-cv-06346-MC<br><br>PLAINTIFF'S EXHIBIT LIST<br><br>Trial Date: December 2, 2013 |

　　　　Plaintiff will offer the following exhibits at the trial of this action:

　　　　Ex. 1:  December 1, 2003 Application Packet, Doctoral Program

(14 pages)

　　　　Ex. 2:  October 9, 2003 Email, Diamond to Emeldi (1 page)

　　　　Ex. 3:  December 22, 2003 Email, Martin to several (1 page)

　　　　Ex. 4:  February 17, 2004 Admission letter and acceptance (3

pages)

　　　　Ex. 5:  May 10, 2004 Emails, Emeldi to/from Diamond (1 page)

**Page 1 – PLAINTIFF'S EXHIBIT LIST**

Ex. 6:  May 15, 2004 Emails, Kameenui to Emeldi and return (3 pages)

Ex. 7:  July 15, 2004 IDEA Service Agreement (5 pages)

Ex. 8:  July 15, 2004 Personal Service Contract (6 pages)

Ex. 9:  July 25, 2004 Email, Kameenui to Emeldi (2 pages)

Ex. 10:  August 16, 2004 Emails, Emeldi to Kameenui (7 pages)

Ex. 11:  August 23, 2005 Consulting Agreement (4 pages)

Ex. 12:  April 10, 2006 Emails, Horner to Emeldi (4 pages)

Ex. 13:  2006 Meeting Minutes (13 pages)

Ex. 14:  2007 Meeting Minutes (51 pages)

Ex. 15:  April 23, 2007 Email, Emeldi to Horner (2 pages)

Ex. 16:  April 29, 2007 Memo, Emeldi to Bullis (2 pages)

Ex. 17:  May 2, 2007 Email, Emeldi to Horner (1 page)

Ex. 18:  May 16, 2007 Memo, Horner to Emeldi (1 page)

Ex. 19:  May 16, 2007 Email, Swain-Bradway to Emeldi (2 pages)

Ex. 20:  June 1, 2007 THE SCHOOL LEADERSHIP METRIC (36 pages)

Ex. 21:  June 10, 2007 Emails, Emeldi to/from Horner (2 pages)

Ex. 22:  July 17, 2007 Email, Emeldi to Horner (1 page)

**Page 2 – PLAINTIFF'S EXHIBIT LIST**

Ex. 23:  September 7, 2007 Emails, Horner to/from Emeldi (5 pages)

Ex. 24:  October 3-4, 2007 Emails, Emeldi to/from Cornell (17 pages)

Ex. 25:  November 4, 2007 Memo, Horner to Emeldi (2 pages)

Ex. 26:  November 6, 2007 Emails, Horner to/from Emeldi (2 pages)

Ex. 27:  November 12, 2007 Update Regarding Proposal Development – Emeldi (6 pages)

Ex. 28:  November 19, 2007 Email, Horner to Emeldi (2 pages)

Ex. 29:  November 20, 2007 Email, Horner to Bullis (3 pages)

Ex. 30:  January 16, 2008 Grievance, Step 1 (18 pages)

Ex. 31:  March 6, 2008 Bullis Grievance Denial (4 pages)

Ex. 32:  March 20, 2008 Grievance, Step 2 (2 pages)

Ex. 33:  March 25, 2008 Tort Claim Notice (2 pages)

Ex. 34:  May 1, 2008 Grievance, Step 3 (2 pages)

Ex. 35:  May 5, 2008 Emails, Lewis to/from Emeldi (6 pages)

Ex. 36:  May 20, 2008 Memo, Horner to Emeldi (1 page)

Ex. 37:  June 26, 2008 Grievance, Step 4 (2 pages)

Ex. 38:  October 14, 2003 Policy, Broken Enrollment (4 pages)

**Page 3 – PLAINTIFF'S EXHIBIT LIST**

Ex. 39:  March 29, 2012 Transcript (3 pages)

Ex. 40:  September 30, 2013 Comparative Analysis (37 pages)

Ex. 41-100:  Reserved for impeachment exhibits.

Dated:  October 25, 2013                    SUBMITTED by:

                                            s/ David C. Force
                                            David C. Force
                                            Attorney for Plaintiff

**Page 4 – PLAINTIFF'S EXHIBIT LIST**

## *CERTIFICATE OF SERVICE*

I hereby certify that I served the foregoing PLAINTIFF'S EXHIBIT LIST on:

Michelle Barton Smigel
Heather K. Cavanaugh
Miller Nash LLP
111 SW 5th Ave Ste 3400
Portland, OR  97204

by electronic means through the Court's Electronic Case File system on the 25th day of October, 2013.

s/ David C. Force
David C. Force OSB No. 82258
Attorney for Plaintiff

Certified to be a true copy of the original foregoing document.

David C. Force

**Page 5 – PLAINTIFF'S EXHIBIT LIST**