David C. Force, 82258
340 E. 11th Avenue
P.O. Box 10972
Eugene, OR 97440
Telephone: (541) 343-2956
Fax: (541) 686-1594
Email: forcelaw@aol.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MONICA EMELDI,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF OREGON, an Agency and Instrumentality of the State of Oregon,<br><br>    Defendant. | Case No. 6:08-cv-06346-MC<br><br>PLAINTIFF'S WITNESS LIST<br><br>Trial Date: December 2, 2013 |

1. Plaintiff has not received an expert report in this case.

2. Plaintiff will call the following witnesses in her case in chief at trial of this case:

(1) Monica Emeldi. Will testify as to all matters alleged, in accordance with her two declarations and exhibits in opposition to the defendant's motion for summary judgment.

(2) Mary-Lyon Dolezal, Ph.D. Will testify regarding normal practice for advancement to the Ph.D. degree to persons accepted

**Page 1 – PLAINTIFF'S WITNESS LIST**

into doctoral programs and in good standing therein, at the University of Oregon and at other institutions granting the said degree.

(3) Jeff Sprague. Will testify that he discouraged the one qualified replacement for Dr. Horner as plaintiff's dissertation chair who had agreed to take that role, and she then rescinded her acceptance.

(4) Emma Martin. Will testify regarding her treatment of the plaintiff as a GTF after she filed her grievance.

(5) Michael Bullis. Will testify regarding his rejection of the plaintiff's grievance.

(6) Penny Daugherty. Will testify regarding University's compliance with Oregon law on student discrimination complaints.

(7) Robert Horner. Will testify regarding his motives for terminating plaintiff's doctoral program.

Plaintiff may call additional witnesses depending upon the disclosures of exhibits and witnesses by defendant.

Dated: October 30, 2013          SUBMITTED by:

                                             s/ David C. Force
                                             David C. Force
                                             Attorney for Plaintiff

## *CERTIFICATE OF SERVICE*

I hereby certify that I served the foregoing PLAINTIFF'S WITNESS LIST on:

Michelle Barton Smigel
Heather K. Cavanaugh
Miller Nash LLP
111 SW 5th Ave Ste 3400
Portland, OR  97204

by electronic means through the Court's Electronic Case File system on the 30th day of October, 2013.

                                          s/ David C. Force
                                          David C. Force OSB No. 82258
                                          Attorney for Plaintiff

Certified to be a true copy of the original foregoing document.

                                          David C. Force